UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN T. WILKIN and
KRISTI E. WILKIN,

    Plaintiffs,

Case No. 1:13-cv-1207

v.                                           Hon. Hugh W. Brenneman, Jr.

WELLS FARGO HOME MORTGAGE,
INC.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date, Judgment is entered in favor of defendant and against plaintiffs.

Dated: October 28, 2014                  /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge